Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                         Case No.:  22−11809−RG  
                         Chapter:  13  
                         Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Lester B Smith Jr  
   420 N Walnut Street  
   East Orange, NJ 07017−0000

Social Security No.:  
   xxx−xx−7026

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                6/1/22  
Time:               08:30 AM  
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 5, 2022  
JAN: dlr

                                               Jeanne Naughton  
                                               Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-11809-RG |
| Lester B Smith, Jr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 05, 2022 | Form ID: 132 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lester B Smith, Jr, 420 N Walnut Street, East Orange, NJ 07017-3917 |
| 519524317 | | Capital One Bank, P.O. Box 83147, Richmond, VA 23285-5147 |
| 519524326 | + | Deutsche Bank National Trust Company, attn: KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519524325 | + | Deutsche Bank National Trust Company, 801 17th Street, Suite 300, Washington, DC 20006-3960 |
| 519524324 | + | Deutsche Bank National Trust Company, 1761 East Saint Andrew Place, Santa Ana, CA 92705-4934 |
| 519524332 | + | First Premier Bank, PO Box 3038, Evansville, IN 47730-3038 |
| 519524336 | | First Premier Bank, attn: NARS Call Center Solutions, PO Box 701, Chesterfield, MO 63006-0701 |
| 519524339 | + | LVNV Funding, 100 Davison Avenue, Suite 311, Somerset, NJ 08873-1312 |
| 519524340 | + | LVNV Funding, 2350 North Forest Road, Suite 31B, Getzville, NY 14068-1398 |
| 519524346 | + | Receivables Professional Management, PO Box 768, Bothell, WA 98041-0768 |
| 519524347 | + | Receiveables Management, Inc., 992 South Robert St., West Saint Paul, MN 55118-1447 |
| 519524348 | + | Warner Motor, 20 North Park Street, East Orange, NJ 07017-1119 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 05 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 05 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519524315 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2022 20:43:50 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 519524319 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2022 20:43:59 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 519524318 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2022 20:43:50 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 519524316 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2022 20:43:50 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519524321 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2022 20:43:58 | Capital One Bank N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519524320 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2022 20:43:43 | Capital One Bank N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519524322 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2022 20:43:43 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519524327 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 05 2022 20:43:51 | First Premier, P0 Box 5519, Sioux Falls, SD 57117-5519 |
| 519524333 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 05 2022 20:43:51 | First Premier Bank, 900 West Delaware, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 519524331 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 05 2022 20:43:51 | First Premier Bank, 601 South Minnesota Avenue, |

Case 22-11809-RG Doc 15 Filed 04/07/22 Entered 04/08/22 00:10:55 Desc Imaged
Certificate of Notice Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2022 | Form ID: 132 | Total Noticed: 36 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Sioux Falls, SD 57104-4868 |
| 519524334 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 05 2022 20:44:00 | First Premier Bank, Attn: Correspondence Department, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 519524329 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 05 2022 20:43:44 | First Premier Bank, PO Box 5114, Sioux Falls, SD 57117-5114 |
| 519524330 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 05 2022 20:43:52 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519524335 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 05 2022 20:44:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 519524328 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 05 2022 20:44:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519524337 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2022 20:43:53 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 519524338 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2022 20:43:45 | LVNV Funding, 15 South Main Street, Greenville, SC 29601-2743 |
| 519524341 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2022 20:43:45 | LVNV Funding LLC, P. O. Box 740281, Houston, TX 77274-0281 |
| 519533455 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 05 2022 20:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519524343 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 05 2022 20:34:00 | Receivables Performance, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 519524344 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 05 2022 20:34:00 | Receivables Performance, 20816 44th Avenue West, Lynnwood, WA 98036-7744 |
| 519524345 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 05 2022 20:34:00 | Receivables Persormance, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519524342 | | NONE |
| 519524323 | * | Capital One Bank, N.A., PO Box 30281, Salt Lake City, UT 84130-0281 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2022   Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2022 | Form ID: 132 | Total Noticed: 36 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avram D White | on behalf of Debtor Lester B Smith  Jr clistbk3@gmail.com, adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQU ITY LOAN TRUST 2006-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4