| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on July 21, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.: 22-11809 |
| IN RE:<br>    LESTER B SMITH, JR | Hearing Date: 07/20/2022 |
| | Judge: ROSEMARY GAMBARDELLA |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: July 21, 2022**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): LESTER B SMITH, JR

Case No.: 22-11809RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 07/20/2022 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 7/20/2022 of the plan filed on 04/05/2022, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 7/30/2022 or the case will be dismissed without further notice; and it is further

ORDERED, that the Debtor must become current by 7/30/2022 or the case will be dismissed without further notice; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.